1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
2 | THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
3 | 1832-A Capitol Street
Vallejo, CA 94590
4 | Telephone:   (415) 444-5800
Facsimile:    (415) 674-9900

5 | Attorney for Plaintiff
6 | Patrick Connally

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| Patrick Connally, | ) | Case No. 3:15-cv-02030-RS |
|---|---|---|
| Plaintiff, | ) | ORDER |
| v. | ) | **STIPULATION EXTENDING TIME FOR PLAINTIFF TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUBSTITUTION OF DECEASED PLAINTIFF PATRICK CONNALLY** |
| Cafe Golo, *et al.*, | ) | |
| Defendants. | ) | |
|  | ) | Date:   May 12, 2016 |
|  | ) | Time:   1:30 p.m. |
|  | ) | Ctrm:   3 - 17th Floor |
|  | ) | Judge:  Hon. Richard Seeborg |

Plaintiff and Defendants by and through their respective attorneys of record, respectfully request and stipulate, as follows:

1. **Whereas**, on March 30, 2016, plaintiff filed a Notice of Motion and Motion for Substitution of Deceased Plaintiff Patrick Connally (Doc. 10);

2. **Whereas**, plaintiff's said Motion is currently scheduled to be heard on May 12, 2016 at 1:30 p.m. in Courtroom 3, 17th Floor;

3. **Whereas**, defendants filed their Opposition on April 13, 2016;

4. **Whereas**, plaintiff's Reply is currently due to the Court today, April 20, 2016; however, plaintiff needs additional time to complete;

5.   **Whereas**, defendants have met and conferred and have agreed to grant plaintiff with a one (1) week extension to file his responsive pleading to said motion.

**IT IS SO STIPULATED:**

That the last day for plaintiff Patrick Connally to file his Reply to Defendants' Opposition to Plaintiff's Motion for Substitution of Deceased Plaintiff Patrick Connally be extended up to and including April 27, 2016.

Respectfully submitted,

Dated: April 20, 2016   THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /s/ Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiff Patrick Connally

Dated: April 20, 2016   LAW OFFICES OF MELISSA M. BALLARD

By: /s/ Norine Marsi Busser
Norine Marsi Busser
Attorney for Defendant John Akins and Café Golo

Dated: April 20, 2016   LAW OFFICE OF JASON G. GONG

By: /s/ Jason Gong
Jason Gong
Attorney for Defendant Trio Capitol LLC

//

//

//

//

**ORDER**

Pursuant to the parties' stipulation, **IT IS ORDERED** that the last day for plaintiff to file his Reply to Defendants' Opposition to Plaintiff's Motion for Substitution of Deceased Plaintiff Patrick Connally be extended up to and including April 27, 2016.

**IT IS SO ORDERED.**

Dated: 4/20/16

Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE