THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***
1832-A Capitol Street
Vallejo, CA 94590
Telephone:     (415) 444-5800
Facsimile:     (415) 674-9900

Attorney for Plaintiff
Patrick Connally

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patrick Connally,<br><br>     Plaintiff,<br><br>v.<br><br>Cafe Golo, *et al.*,<br><br>     Defendants. | Case No. 3:15-cv-02030-RS<br>ORDER<br>**STIPULATION TO CONTINUE PLAINTIFF'S MOTION FOR SUBSTITUTION OF DECEASED PLAINTIFF PATRICK CONNALLY**<br><br>**Date:**    **May 12, 2016**<br>**Time:**    **1:30 p.m.**<br>**Ctrm:**    **3 - 17th Floor**<br><br>**Judge:**    **Hon. Richard Seeborg** |

Plaintiff and Defendants by and through their respective attorneys of record, respectfully request and stipulate, as follows:

1.     **Whereas**, on March 30, 2016, plaintiff filed a Notice of Motion and Motion for Substitution of Deceased Plaintiff Patrick Connally (Doc. 10);

2.     **Whereas**, plaintiff's said Motion is currently scheduled to be heard on May 12, 2016 at 1:30 p.m. in Courtroom 3, 17th Floor;

3.     **Whereas**, the parties are attempting to determine that a stipulation can be entered to amend the complaint for a successor in interest and add in Ben Kinney, a person with disability who accompanied the late Patrick Connally at the Café Golo Restaurant on the same occasions referenced in the Initial Complaint.

4.   **Whereas,** Plaintiff is securing a declaration from Michael Connally, Successor in Interest to Patrick Connally to support a Motion for Successor in Interest.

5.   **Whereas**, the parties believe it would be in the interests of efficiency and economy to continue plaintiff's pending Motion in order to reduce fees and costs.

**IT IS SO STIPULATED:**

That Plaintiff's Motion for Substitution of Deceased Plaintiff Patrick Connally be continued three (3) weeks or date convenient to the Court.

Respectfully submitted,

Dated: April 28, 2016            THOMAS E. FRANKOVICH,
                                 *A PROFESSIONAL LAW CORPORATION*

                                 By:  /s/ Thomas E. Frankovich
                                 Thomas E. Frankovich
                                 Attorney for Plaintiff Patrick Connally

Dated: April 28, 2016            LAW OFFICES OF MELISSA M. BALLARD


                                 By:  /s/ Norine Marsi Busser
                                 Norine Marsi Busser
                                 Attorney for Defendants


## ORDER

Pursuant to the parties' stipulation, **IT IS ORDERED** that Plaintiff's Motion for Substitution of Deceased Plaintiff Patrick Connally be continued to  June 16th          ,
2016.

**IT IS SO ORDERED.**

Dated: 4/28/16

Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE