UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAFE GOLO, et al.,<br><br>    Defendants. | Case No. 15-cv-02030-RS<br><br>**ORDER DISMISSING ACTION** |

By order entered on June 21, 2016, plaintiff's counsel was directed to file a brief setting forth any reasons that this action should not be dismissed, given the other conclusions stated in that order. The order advised that the action would be dismissed without further notice if no response was filed. The deadline has passed, and no response has been filed. Accordingly, this action is hereby dismissed, without prejudice to the claims asserted in Case No. 3:16-cv-03453-RS, which has been related hereto.

**IT IS SO ORDERED**.

Dated: July 20, 2016

RICHARD SEEBORG
United States District Judge